IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER MCMILLAN NAKAI** ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| **RYAN ZINKE**, *in his official capacity*, ) | Civil Action No. **1:16-cv-01500 (TSC)** |
| Secretary of the UNITED STATES ) | |
| DEPARTMENT OF THE INTERIOR, et al.,) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

### Plaintiff's Notice of Change of Address.

Ms. McMillan Nakai hereby provides notice to the Court and Defendants of a change of address. Beginning on July 10, 2017, Ms. McMillan Nakai's new contact information will be:

**1104 Cy Williams Blvd.**
**Lumberton, NC 28360**
**(910) 536-1459**

Dated:   July 17, 2017                        BY:

Heather L. McMillan Nakai
404 King Farm Blvd. #02
Rockville, MD 20850
(240) 912-6956



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply to the Motion to Strike was served by first-class mail, postage prepaid on the  17th day of July, 2017, upon:

**JEREMY SIMON**
**AUSA FOR THE DISTRICT OF COLUMBIA**
**JUDICIARY CENTER BUILDING**
555 Fourth Street, NW
Washington, DC 20530

Heather L. McMillan Nakai
1104 Cy Williams Blvd.
Lumberton, NC 28360