# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HEATHER MCMILLAN NAKAI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-1500 (TSC) |
| | ) | |
| **RYAN ZINKE,** | ) | |
| *In his Official Capacity as Secretary, et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons identified in the accompanying Memorandum Opinion (ECF No. 24), Defendants' Motion to Dismiss (ECF No. 13) pursuant to Federal Rule of Civil Procedure 12(b)(1) is hereby GRANTED.  This case is hereby dismissed as moot.  Plaintiff's Motion to Complete the Administrative Record (ECF No. 12) and Motion to strike (ECF No. 20) are hereby DENIED.

This is a final appealable order.


Date:  August 23, 2017


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge